APARTMENT-HOTEL OWNERS ASSOCIATION, INC., Respondent, v. THE CITY OF NEW YORK, JAMES J. WALKER, as Mayor, etc., and Others, Appellants.— Order reversed, without costs, and motion denied, upon condition that the parties proceed to trial at Special Term on the 9th day of April, 1928. No opinion. A stay to prevent interference with the apartment-hotel buildings or their residents or guests in the interim will be granted; but no stay will be given to prevent the proper city authorities from inspecting the apartment-hotels in question. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL P. KOSOLOPOV v. MICHAEL O. NASSATISIN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before April 16, 1928, with notice of argument for May 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted and the time of the appellant within which to serve and file the record on appeal and the appellant's points extended to and including April 5, 1928, and that the appeal be noticed for argument for April 13, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN SCHALLER, Alias SIDNEY SCHWARTZ, Alias HARRY SCHWARTZ.— Motion granted, and the time of the appellant within which to serve and file the record on appeal and the appellant's points extended to and including the 3d day of May, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.